IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICKY DEAN CLINTON,<br><br>*Defendant.* | DOCKET NO. 1:25-CR-72<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

Defendant, Ricky Dean Clinton, by and through undersigned counsel, moves this Honorable Court to continue his current trial date, set for Monday, February 2, 2026, to the next available Asheville trial calendar and to continue his pretrial motions deadline for an additional sixty days. In support of this motion, Mr. Clinton states:

1. On October 7, 2025, the above captioned nine count indictment was filed. Mr. Clinton first appeared through counsel and was arraigned on October 29, 2025. On that same date, a Standard Scheduling Order was filed, and Mr. Clinton was scheduled for the December 1, 2025, trial calendar. Mr. Clinton was ordered detained and has remained in continuous custody since his arraignment. Mr. Clinton's trial date was subsequently continued to the current February trial docket.

2. Discovery has continued to be provided to Mr. Clinton including almost forty audio and video recordings related to the charges. Since his prior continuance Mr. Clinton has also been charged with serious allegations in a separate federal indictment, docket number 1:25-cr-108, and received additional large amounts of discovery in this separate case.

3. Counsel for Mr. Clinton is now in need of additional time to review discovery including discovery in his second federal case, to further investigate Mr. Clinton's matter, to collect information, to continue discussions with the government, and to consult with Mr. Clinton concerning the available courses of action in both his pending federal cases. This additional time is necessary to advise Mr. Clinton fully and competently and for the parties to determine the next course of action in Mr. Clinton's matters.

4. Counsel for Mr. Clinton is also in need of an additional period of time to research and prepare pretrial motions if necessary. "At any time before trial, the court may extend or reset the deadline for pretrial motions." Fed. R. Crim. P. 12(c)(2). The "pretrial motions deadline requirement embodied in Rule 12 serves 'an important social policy and not a narrow, finicky procedural requirement[.]'" *United States v. Salahuddin*, 509 F.3d 858, 862 (7th Cir. 2007) (*quoting Jones v. United States*, 362 U.S. 257, 264 (1960), overruled on other grounds, United States v. Salvucci, 448 U.S. 83, 95 (1980)). The goals of Rule 12 would not be jeopardized by extending the pretrial motions filing deadline in this case, as Mr. Clinton is requesting to continue his trial date as well.

5. Because these continuances are necessary to review discovery, conduct further investigation, to continue consulting with Mr. Clinton, and to continue discussions with the government, failure to grant this continuance would deny counsel for Mr. Clinton the reasonable time necessary for effective preparation, considering the exercise of due diligence. This request is not made for the purposes of delay but in order to effectively represent Mr. Clinton

6. Undersigned counsel has contacted Assistant United States Attorney Alexis Solheim and she does not oppose this motion to continue Mr. Clinton's trial date and pretrial motions deadline.

WHEREFORE, Mr. Clinton respectfully requests this Honorable Court to continue his trial date to the next available Asheville trial calendar and his pretrial motions deadline for an additional sixty days.

Dated: January 27, 2026  Respectfully Submitted,

s/ Mary Ellen Coleman
Mary Ellen Coleman
NC Bar 45313
Asst. Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender for the
Western District of NC
1 Page Avenue, Suite 210
Asheville, NC 28801
Phone (828) 232-9992
Fax (828) 232-5575
E-Mail: Mary_Ellen_Coleman@fd.org